UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES CLARK

v. CA No. 03-609

UNITED STATES OF AMERICA

**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**

James Clark's request for a certificate of appealability from the denial of his § 2255 motion is denied for reasons set forth in this Court's Memorandum and Order denying the § 2255 motion and because plaintiff has not made a substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c)(2).

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 2/1/07