03-00609
USDC/RI
Torres, J

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1257

JAMES CLARK,
Petitioner, Appellant,

v.

UNITED STATES,
Respondent, Appellee.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Howard, Circuit Judge.

**JUDGMENT**

Entered: May 15, 2007

James Clark seeks a certificate of appealability ("COA") to challenge the district court's denial of his motion for relief under 28 U.S.C. § 2255. Essentially for the reasons set forth in the district court's November 13, 2006, Memorandum and Order, we conclude that petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Accordingly, the request for a COA is denied and the appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 07/10/07

[cc: James Clark, Donald Lockhart, AUSA]